UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED AYYAD AND YOLANDA AYYAD, | CIVIL ACTION<br>NO. 2:23-cv-1084 |
| VERSUS | |
| LIGHTHOUSE EXCALIBUR INSURANCE COMPANY AND LOUISIANA INSURANCE GUARANTY ASSOCIATION, | JUDGE:<br>BARRY ASHE |

### MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

On motion of Rachel Jokinen, attorney representing the Plaintiffs herein, AHMED AYYAD AND YOLANDA AYYAD, and on suggesting to the Court that Plaintiffs, AHMED AYYAD AND YOLANDA AYYAD, respectfully move this Court to dismiss this action with prejudice.

WHEREFOREN, the Plaintiffs, AHMED AYYAD AND YOLANDA AYYAD, respectfully requests that this Honorable Court grant his Motion to Dismiss, dismissing this action without prejudice.

Dated: June 28TH , 2023.

Respectfully submitted,

                      KANDELL, KANDELL & PETRIE, P.A.
                      Attorneys for Plaintiff
                      Grand Bay Plaza
                      2665 So. Bayshore Drive, Ste. 500
                      Coconut Grove, Florida 33133
                      Telephone: (305) 858-2220

By: /s/ *Rachel Jokinen*_____
        RACHEL JOKINEN
        LA BAR NO.: 39926
        lagroup@kkpfirm.com